**No. 66731.**—T.A.P. Equipment Co., dba Thrifty Equipment Co., et al. *v.* United States, protests 61/16391–S, etc.   (Los Angeles).

Opinion by FORD, J.   In accordance with oral stipulation of counsel that certain items of the merchandise consist of D–2, D–4, and HD–5 tractors similar in all material respects to the tractor parts the subject of Abstract 63560, the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MAY 3, 1962

**No. 66732.**—New York Merchandise Co., Inc. *v.* United States, protest 61/17400 (San Diego).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of miniature car sets, etc., similar in all material respects to those the subject of Abstract 66106, the claim of the plaintiff was sustained.